| | |
|---|---|
| 1 | Thomas B. Brown (SBN 104254)  E-mail: tbrown@bwslaw.com |
| 2 | Gregory R. Aker (SBN 104171)  E-mail: gaker@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP  1901 Harrison Street, Suite 900 |
| 4 | Oakland, CA 94612-3501  Tel: 510.273.8780   Fax: 510.839.9104 |
| 5 | |
| 6 | Jason R. Alcala (SBN 179319)  E-mail: jralcala@cityoflivermore.net |
| 7 | CITY OF LIVERMORE  Office of the City Attorney |
| 8 | 1052 S. Livermore Avenue  Livermore, CA 94550 |
| 9 | Tel.: 925.960.4150  Fax: 925.960.4180 |
| 10 | Attorneys for Defendants  CITY OF LIVERMORE, JOHN MARCHAND, |
| 11 | STEVEN SPEDOWFSKI, ROBERT CARLING  AND JASON ALCALA |

*Filing Fees Exempt Pursuant to Government Code section 6103*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. BEZIS, | Case No. 3:19-cv-01061-RS |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF LIVERMORE, a California municipal corporation; JOHN MARCHAND, individually and in his official capacity as Mayor of the city of Livermore; STEVEN SPEDOWFSKI and ROBERT CARLING, individually and in their official capacities as Members of the Livermore City Council; JASON ALCALA, individually and in his official capacity as Livermore City Attorney; and DOES 1-10, | Date: September 26, 2019  Time: 10:00 AM  Judge: Hon. Richard Seeborg  Courtroom: 3, 17th Floor |
| Defendants. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4849-1858-3203 v1

STIPULATION AND ORDER RE CMC
3:19-CV-01061-SK

## STIPULATION

WHEREAS, on July 3, 2019, the Court continued the Case Management Conference scheduled for July 11, 2019, to September 26, 2019, at 10:00 AM; and

WHEREAS, counsel for the City of Livermore, Gregory Aker, is unavailable to attend a Case Management Conference on September 26 due to prearranged out-of-state travel; and

WHEREAS, counsel for plaintiff, Tobias Lester, has no objection to a continuance of the September 26 Case Management Conference to a later date; and

WHEREAS, counsel for plaintiff and defendant have met and conferred on a new date for the Case Management Conference, and both counsel are available to attend a Case Management Conference on any Thursday during October and November, 2019; and

WHEREAS, counsel for plaintiff and defendant propose and stipulate to a new date for the Case Management Conference of Thursday, November 21, 2019, at 10:00 AM;

IT IS HEREBY STIPULATED:

1. The case management Conference previously scheduled for Thursday, September 26, 2019, at 10:00 AM, may be continued to <u>Thursday, November 21, 2019, at 10:00 AM</u>, or to whichever Thursday in October or November the Court otherwise prefers.

2. All other pretrial deadlines shall remain in place.

Respectfully Submitted,

Dated: September 5, 2019

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Gregory R. Aker

Attorneys for Defendants
CITY OF LIVERMORE, JOHN MARCHAND, STEVEN SPEDOWFSKI, ROBERT CARLING AND JASON ALCALA

///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4849-1858-3203 v1

- 1 -

STIPULATION AND ORDER RE CMC
3:19-CV-01061-SK

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | LAW OFFICE OF TOBIAS M. LESTER |

Dated: September 3, 2019

LAW OFFICE OF TOBIAS M. LESTER

By: _/s/ Tobias M. Lester_
Tobias M. Lester

Attorney for Plaintiff
JASON ADRIAN BEZIS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4849-1858-3203 v1

- 2 -

STIPULATION AND ORDER RE CMC
3:19-CV-01061-SK

## ORDER

In view of the parties' stipulation, as set forth above, the Case Management Conference currently set for Thursday, September 26, 2019, shall and hereby is continued to <u>Thursday, November 21, 2019, at 10:00 AM</u>. The parties' Joint Case Management Conference Statement shall be filed with the Court no later than November 14, 2019.

Dated: 9/4/19

RICHARD SEEBORG
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4849-1858-3203 v1

- 3 -

STIPULATION AND ORDER RE CMC
3:19-CV-01061-SK